UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BIKRAMJIT SINGH KALRA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## PETITION TO QUASH SUMMONS

NOW COMES BIKRAMJIT SINGH KALRA, Petitioner, by and through his attorneys, T. PAUL S. CHAWLA and THE CHAWLA GROUP, LTD., and pursuant to §7609(b) of the Internal Revenue Code, moves this Honorable Court to quash the summons issued by the Department of the Treasury, Internal Revenue Service to Bank of America, and in support thereof, state as follows:

1. This court has jurisdiction of this matter pursuant to provisions 7604(a) and 7609(h) of the Internal Revenue Code.

2. The producing party, The Bank of America, is a corporation authorized to do business in the State of Illinois and conducts business within this district.

3. That the underlying cause of said Summons is a tax matter in India. A copy of the Summons in issue is attached as Exhibit A.

4. That at the time of Service of Summons and the underlying Complaint, the Petitioner, BIKRAMJIT SINGH KALRA ("Petitioner"), was not a resident of India.

5. That at the time of the issuance and serving of Summons and the underlying Complaint and all times prior thereto, the Petitioner was a resident of the United States.

6. That the Petitioner filed taxes in the United States, more particularly, the State of Illinois, and further, received a refund for overpayment of taxes.

7. That the Petitioner does not owe taxes in India.

8. That accordingly, the Summons is defective and should be quashed.

WHEREFORE, BIKRAMJIT SINGH KALRA, Petitioner, respectfully prays that this Honorable Court quash the summons issued and served upon the Bank of America, attached as Exhibit A; and for such other and further relief as this Court may deem just and necessary.

Respectfully submitted,

THE CHAWLA GROUP, LTD.

By: __/s/T. Paul S. Chawla____
One of Petitioner's Attorneys

The Chawla Group, Ltd.
15 Spinning Wheel Road
Suite 126
Hinsdale, Illinois  60521
(630) 325-5557
Attorney No. 6206722